

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, Third Floor*
*New York, New York 10007*

August 29, 2024

Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:  *Azatullah v. Mayorkas*, No. 23-7722
          Oral argument held June 11, 2024 before Judges Sack, Lohier, and Kahn

Dear Ms. Wolfe:

    Defendants-appellees (the "government") respectfully write, pursuant to Fed. R. App. P. 28(j), to notify this Court of the Fifth Circuit's decision in *Momin v. Jaddou*, __ F.4th __, No. 23-20327, 2024 WL 3963877 (5th Cir. Aug. 28, 2024). In *Momin*, the court ruled that 8 U.S.C. § 1252(a)(2)(B)(i)'s jurisdictional bar applies to U.S. Citizenship and Immigration Services' decisions regarding adjustment-of-status applications made outside of removal proceedings. *Id.* at *4.

    *Momin* observed that its holding stemmed from both the plain language of § 1252(a)(2)(B), as well as the Supreme Court's reading of that statute in *Patel v. Garland*, 596 U.S. 328, 338 (2022). Pointing to the statutory language stating that courts lack jurisdiction to review USCIS decisions "regardless of whether the judgment, decision, or action is made in removal proceedings," the court concluded that "the plain text of § 1252(a)(2)(B)(i) indicates that its jurisdictional bar is *not limited to the removal context*." 2024 WL 3963877 at *4 (emphasis added)). And the court further reasoned that "[t]he conclusion that the jurisdictional bar in § 1252(a)(2)(B)(i) applies outside the removal context is reinforced by the broad language used by the Supreme Court to describe it" in *Patel v. Garland*. *Id.* at *5; (Gov't Br. 24). *Momin* thus rejected the argument (also advanced by Azatullah) that § 1252(a)(2)(B)'s jurisdictional bars only apply to decisions related to removal proceedings. (Azatullah Br. 22–23). In so doing, the *Momin* court joined "every court of appeals to . . . h[o]ld that the jurisdictional bar [in § 1252(a)(2)(B)(i)] applies outside the removal context—including to USCIS denials of adjustment of status." 2024 WL 3963877, at *5; (Gov't Br. 24 (citing the same cases)).

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: *s/ Joshua S. Press*
    JOSHUA S. PRESS
    Special Asst. United States Attorney
    86 Chambers Street, 3rd Floor
    New York, New York 10007
    Telephone: (312) 886-7625
    E-mail: joshua.press@usdoj.gov
    *Attorney for Defendants*

cc: Counsel of record (via ECF)